| | | | |
|---|---|---|---|
| Com. v. Vaughn | 2179 MDA 2015<br>Affirmed | 10/28/2016 | CP–35–CR–0000391–<br>2013<br>(Lackawanna) |
| Com. v. Shaffer [37] | 111 MDA 2016<br>Affirmed | 10/28/2016 | CP–28–CR–0000264–<br>2014<br>(Franklin) |
| Dempsey Uniform & Linen v. R & F<br>Intn'l. & Brake | 338 MDA 2016<br>Affirmed | 10/28/2016 | 15–CV–4162<br>(Lackawanna) |
| Com. v. Swanger | 710 MDA 2016<br>Affirmed | 10/28/2016 | CP–60–CR–0000058–<br>2015<br>(Union) |
| Com. v. Morales–Vasquez | 757 MDA 2016<br>Affirmed | 10/28/2016 | CP–36–CR–0004025–<br>2002<br>(Lancaster) |
| In the Interest of: E.L., III | 854 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 10/28/2016 | OCAD 2014–00010<br>(Wyoming) |
| In the Interest of: J.J.L. | 855 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 10/28/2016 | 2014–00011<br>(Wyoming) |
| In the Interest of: D.L. | 856 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 10/28/2016 | 2014–00012<br>(Wyoming) |
| In the Interest of: T.L. | 857 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 10/28/2016 | 2014–00013<br>(Wyoming) |
| Com. v. Campbell | 1744 WDA 2015<br>Affirmed | 10/28/2016 | CP–02–CR–0005100–<br>2015<br>(Allegheny) |
| Com. v. Mushat | 1794 WDA 2015<br>Vacated and<br>Remanded | 10/28/2016 | CP–25–CR–0000015–<br>2004<br>(Erie) |
| Com. v. Cuttler | 39 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/28/2016 | CP–20–CR–0000539–<br>2015<br>(Crawford) |
| Com. v. Sisco | 987 WDA 2016<br>Application to<br>Withdraw as<br>Counsel<br>Denied;<br>Panel<br>Jurisdiction<br>Retained | 10/28/2016 | CP–33–CR–0000402–<br>2012<br>(Jefferson) |

**37.** Petition for reargument denied January 06, 2017.